

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

| | |
|---|---|
| William Melvin Edwards, Jr., Appellant | Appeal from the 52nd District Court of Coryell County, Texas (Tr. Ct. No. 16-23,249). Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating. |
| No. 06-17-00009-CR    v. | |
| The State of Texas, Appellee | |

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment by (1) removing all of the language under the "Terms of Plea Bargain" section, (2) removing any language assessing attorney fees, (3) removing the language incorporating Attachment A, and (4) reducing the assessed court costs to $412.00. As modified, the judgment of the trial court is affirmed.

We note that the appellant, William Melvin Edwards, Jr., has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED AUGUST 1, 2017
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk